

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00013-CV

**SPHERION CORPORATION,**

**Appellant**

**v.**

**MELVIN CHOAT,**

**Appellee**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2007-2777-4**

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss and an unopposed motion for release of bond. Per the parties' agreement, we grant the motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). We further order the District Clerk of McLennan County to release the bond filed in connection with this appeal. *Sepada v. Barnes*, NO. 12-08-00271-CV, 2009 Tex. App. LEXIS 4012 (Tex. App.—Tyler May 29, 2009, no pet.) (mem. op.). Costs are taxed against the party incurring same.

FELIPE REYNA
Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Appeal dismissed
Opinion delivered and filed August 5, 2009
[CV06]